THOMAS McSORLEY landlord, agt. JOHN H. MERRILL, [*8] tenant.

This court has not jurisdiction of the taxation of costs, in a matter of proceedings before an assistant justice of New-York city, under the statute authorizing summary proceedings in case of non-payment of rent, &c.

*December Term,* 1845.

APPEAL from taxation of costs.

It appeared that McSorley undertook to dispossess Merrill, his tenant, under the statute authorizing summary proceedings in case non-payment of rent, &c. The first two efforts were ineffectual, by reason of some irregularity in the process. The third proved to be successful. The proceedings were had before one of the assistant justices of New-York city. The defendant (the tenant) taxed costs against the landlord on those unsuccessful attempts, before EDMONDS, circuit judge, under the fee bill of 1840; the first bill being taxed at over $50, the second at over $23. From this taxation the landlord appealed to this court.

R. GOODMAN, *counsel for landlord.*

B. F. SHERMAN, *attorney for landlord.*

N. HILL, JR., *defendant's counsel.*

R. H. SHANNON, *defendant's attorney.*

JEWETT, Justice. Held, that this court had not jurisdiction of the matter, and denied the motion with costs.